**Order filed September 22, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00321-CV

_____

### RICHARD A. DUNSMORE, Appellant

### V.

### JAMES J. HANLEY, Appellee

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 79144-I

## O R D E R

Appellant's brief was due September 10, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 22, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM